UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Daniel Franklin Gabbert

CHAPTER 13
CASE NO. 19-52977-MAR
JUDGE MARK A RANDON

Debtor_____/

## TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY

**Now Comes** the Chapter 13 Trustee, KRISPEN S. CARROLL, and objects to the Debtor's Motion to Approve Sale of Real Property as follows:

1. Trustee requests a copy of the settlement statement to verify expenses to be paid and amount of proceeds to debtor. Without this information, the Trustee is unable to determine if the proceeds are sufficient to pay off the bankruptcy case.

2. Trustee requires proceeds be remitted to the Chapter 13 Trustee within 14 days to pay off the case in full.

**Wherefore,** the Chapter 13 Trustee prays this Honorable Court deny the relief requested.

Dated: October 12, 2021

OFFICE OF THE CHAPTER 13 TRUSTEE -DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

/s/ KRISPEN S. CARROLL-mg
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Daniel Franklin Gabbert

CHAPTER 13
CASE NO. 19-52977-MAR
JUDGE MARK A RANDON

Debtor                                    /

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed the **Trustee's Objection to Debtor's Motion to Approve Sale of Real Property** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

OSIPOV BIGELMAN PC
20700 CIVIC CENTER DR
STE 420
SOUTHFIELD, MI 48076

October 12, 2021

/s/ Shannon Horton
SHANNON HORTON
For the Office of the Chapter 13 Trustee-Detroit
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com