Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 19−52977−mar
Chapter: 13
Judge: Mark A. Randon

In Re: (NAME OF DEBTOR(S))
   Daniel Franklin Gabbert
   28238 E. Duluth St.
   Harrison Township, MI 48045

Social Security No.:
   xxx−xx−2837

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*63* − Motion For Sale of Property under Section 363(b) , Proposed Order, Notice and Certificate of Service Filed by Debtor Daniel Franklin Gabbert (Attachments: # 1 Exhibit mailing matrix) (DeCarlo, Tom)

will be held on: 11/3/21 at 09:00 AM at Courtroom 1825, 211 West Fort St., Detroit, MI 48226

Note: Judge Randon is conducting all conferences and non−evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call 1−(888)363−4734 and use Access Code 2795304. Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate.

Dated: 10/13/21

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court