UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

DANIEL FRANKLIN GABBERT

Debtor.

Chapter 13
Case No. 19-52977-MAR
Hon. Mark A. Randon

_____/

## ORDER SETTING EXPEDITE HEARING ON DEBTOR'S MOTION TO DETERMINE BALANCE OWED TO SPECIALIZED LOAN SERVICING, LLC, AND TO COMPEL SPECIALIZED LOAN SERVICING, LLC, TO CORRECT ACCOUNT RECORDS

THIS MATTER having come before the Court on the Debtor's *ex parte* motion, the Court finding good cause for entry of this Order, and for the reasons set forth in said motion,

**IT IS HEREBY ORDERED** that Debtor's Motion to Determine Balance Owed to Specialized Loan Servicing, LLC, will be heard by this Court on **OCTOBER 20, 2021**, at 9:00 o'clock a.m., in Courtroom 1825, 211 West Fort Street, Detroit Michigan.

**IT IS FURTHER ORDERED** that objections to the Debtor's Motion to Determine Balance Owed to Specialized Loan Servicing, LLC, and to Compel Specialized Loan Servicing, LLC, to Correct Account Records [ECF No. 66](the "Motion") are due no later than 4:30 p.m. on **OCTOBER 19, 2021.**

**IT IS FURTHER ORDERED** that if no objection is filed, Debtor may submit a proposed Order granting the relief requested.

**IT IS FURTHER ORDERED** that upon entry of this Order the Debtor shall immediately notify opposing counsel by e-mail of entry of this Order and forthwith serve a copy of this Order on all parties on the case's ECF Mailing Matrix and file a certificate of service regarding the same.

**Note: Judge Randon is conducting all conferences and non-evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call 1-(888)363-4734 and use Access Code 2795304. Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate.**

**Signed on October 13, 2021**



/s/ Mark A. Randon
**Mark A. Randon
United States Bankruptcy Judge**